

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUSTIN SEBASTIAN, | § | No. 08-13-00210-CR |
| Appellant | § | Appeal from the |
| v. | § | 396th District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 1155835D) |
| | § | |

## **MEMORANDUM OPINION**

Appellant, Justin Sebastian, has filed a motion to dismiss this appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the Appellant's motion at any time before the Court's decision. TEX.R.APP.P. 42.2(a). Because the Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

GUADALUPE RIVERA, Justice

February 12, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)